# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

FLOYD EAGLEWOLF,

    Plaintiff,

v.                                        CASE NO. 5:11cv290-MP-EMT

UNKNOWN,

    Defendant.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 13, 2011. (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED without prejudice for failure to comply with an order of the court.

    3.    The Clerk is directed to close the file.

    **DONE and ORDERED** this 19th day of January, 2012.

                                            <u>s/ M. Casey Rodgers</u>
                                            **M. CASEY RODGERS**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**